# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 28, 2024

## NO. 03-24-00014-CV

**Kwang Myers, Individually and as Representative of the Estate of Donald Myers, Appellant**

**v.**

**Khoa Do, M.D., and American Anesthesiology of Texas, Inc., Appellees**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES SMITH AND THEOFANIS
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH**

This is an appeal from the judgment signed by the trial court on December 4, 2023. Having reviewed the record, the Court holds that Kwang Myers, Individually and as Representative of the Estate of Donald Myers has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.